IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18-00107-01

MICHAEL MATTHEW PHILLIPS

<u>ORDER</u>

For reasons appearing to the court, the hearing on pretrial motions in this matter shall be held on Wednesday, August 29, 2018, at **9:00 a.m.**, in Charleston.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia and the Probation Office of this Court.

IT IS SO ORDERED this 23rd day of August, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge